FILED

2017 JAN 30 PM 3: 13

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) CASE NO. 3:17 CR 033 |
| v. | ) |
| | ) Title 26, Section 7201, |
| JAMES M. PELAGALLI, | ) United States Code |
| | ) |
| Defendant. | ) JUDGE ZOUHARY |
| | ) MAG. JUDGE JAMES R. KNEPP II |

COUNT 1

The Grand Jury charges:

From at least in or around January 2002 through in or around November 2012, the exact dates being unknown to the Grand Jury, JAMES M. PELAGALLI, defendant herein, did willfully attempt to evade and defeat the payment of income taxes due and owing by the defendant, PELAGALLI, to the United States of America, for the calendar years 2002, 2003, 2005 through 2009, and 2011, totaling approximately $348,388, which includes penalties and interest, by failing to pay to the Internal Revenue Service income taxes at the time required by law, and by conducting his business affairs and personal expenditures in a manner designed to conceal his receipt and disposition of funds and income from the Internal Revenue Service through the following affirmative conduct:

ORIGINAL

a. The defendant, PELAGALLI, used various business names and business entities to conceal his receipt of income;

b. The defendant, PELAGALLI, used various business names to conceal his ownership or control of various assets and income;

c. The defendant, PELAGALLI, used business accounts that he controlled to pay for personal expenses, including, but not limited to: the purchase of a 2008 Lamborghini Gallardo; lease payments on vehicles for personal use, such as a 2010 Cadillac CTS, a 2010 Mercedez-Benz S550 Sedan, and a 2013 Cadillac XTS; and rental payments for a personal residence.

d. The defendant, PELAGALLI, otherwise concealed and attempted to conceal from all proper officers of the United States of America his true and correct income and assets.

All in violation of Title 26, United States Code, Section 7201.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.